# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
JONATHAN DAVIDOFF,

          *Plaintiff,*

   -v-

UNITED AIRLINES, INC.,

          *Defendants.*
-----------------------------------------------------------------------X

Index No.:

**SUMMONS WITH NOTICE**

**TO THE ABOVE-NAMED DEFENDANTS :**

**PLEASE TAKE NOTICE** that you were hereby summoned and required to serve upon undersigned counsel for Plaintiffs, Davidoff Law Firm PLLC, whose address is 228 East 45th Street, Suite 1110, New York, New York 10017, a notice of appearance and/or demand for complaint within twenty (20) days after service of this Summons (excluding the day of service itself), or within thirty (30) days after service is complete if the Summons is not delivered personally to you within the State of New York.

**YOU ARE HEREBY NOTIFIED** that should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein, including but not limited to $500,000 plus interest, attorneys' fees and costs.

Page 1 of 5
**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

1 of 5

Dated: May 20, 2025

           **DAVIDOFF LAW FIRM, PLLC**

By: *jonathan davidoff*

Jonathan Marc Davidoff, Esq.
Danielle Shaye Shapero, Esq.
*Attorneys for the Plaintiff*
228 East 45th Street, Suite 1110
New York, New York 10017
Tel: (212) 587-5971
Fax: (212) 658-9852
Email: Jonathan@davidofflawfirm.com
Email: Danielle@davidofflawfirm.com
Email: Firm@davidofflawfirm.com

**TO:**

UNITED AIRLINES, INC.
c/o Corporation Service Company
80 State Street, Albany, NY 12207

**Commencement date of Action:** May 20, 2025

**Notice of basis of claims:** Plaintiff has traveled on Defendant's airline and is a member of Defendant's frequent flyer program called MileagePlus. In fact, Plaintiff has flown more than 2,000,000 miles on Defendant's airline and is currently a 1k member. This action is a result of Defendant's conduct with respect to a travel itinerary Plaintiff was scheduled to fly on June 28, 2023 on flight number 2032 from Newark, NJ to San Francisco, CA (the "Flight"). Defendant cancelled the Flight allegedly for weather, even though the weather was clear and Defendant conducted business as usual with it flying many flights from Newark, NJ on the date of the Flight. After Plaintiff and his friend arrived at the airport for the Flight, Defendant informed Plaintiff that the Flight was cancelled immediately before departure and used the aircraft for the Flight to operate another flight. In fact, even though Defendant stated at the airport that the Flight was cancelled because of weather, Defendant informed Plaintiff via electronic messages that Defendant took the

Page 2 of 5
**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

2 of 5

aircraft for the flight out of service. It is Defendant's position that Defendant cancelled the Flight because Defendant is not adequately staffed based on cost-cutting efforts implemented by Defendant in an effort to increase its profits and stock price for Defendant's shareholders.

The Flight was part of a trip that Defendant was taking with others for business and pleasure, and included a stop in Las Vegas. Even though options were available to transport Plaintiff on the same day to San Francisco, CA, Defendant refused and claimed it only had flights for the Plaintiff starting approximately 60 hours later. Because of the cancellation of the Flight, Plaintiff and his friends/colleagues were unable to take the trip and wasted their time and money traveling to the various airports for the trip.

Defendant came under heavy scrutiny (both from the public and government) for the thousands of flights that were cancelled as a result of weather during the months of May and June 2023. However, it appears many of these flights were cancelled as a result of staffing issues **not** directly weather related. It should be noted that the Flight was cancelled by Defendant and the customers (including Plaintiff) were advised that the cancellation was the result of weather. This is simply not a truthful claim by Defendant, as there were no weather disturbances in the New York/Newark area on June 28, 2023.

Rather, the real reason for the cancellation of the Flight was that Defendant used the aircraft that was scheduled for the Flight (which was an aircraft that had missed two previous flights – from Newark to Los Angeles and back to Newark the prior day) and used that aircraft for another flight. In exchange for the aircraft that the Flight was scheduled to use, Defendant had (at one point) placed an aircraft from Rome, Italy to be put into service for the Flight (which apparently had arrived several hours prior to the departure time for the flight). It appears that Defendant intentionally caused the Flight to be cancelled for its own financial gain.

Page 3 of 5
DAVIDOFF LAW FIRM, PLLC
228 East 45th Street, Suite 1110, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

3 of 5

Defendant operates its airline business in New York, operating out of several airports in the state of New York. Defendant advertises and targets consumers in the state of New York to sell airplane travel, and Defendant uses its deceptive business practices in the sale of such airplane travel.

**Breach of Contract:** Defendant entered into a contract for travel services that included the Flight, which Plaintiff tendered payment for. Defendant, without any good cause, cancelled the Fight. Defendant did not make any reasonable accommodations. Defendant's conduct and breach of the travel agreement resulted in Plaintiff not being able to take his trip with his friends and colleagues. The Plaintiff suffered damages as a result of the Defendant's breach.

**Violation of New York General Business Law §349:** Defendant engages in unfair and deceptive business practices. Defendant operates an airline and understaffs the airline so that it does not have enough employees to operate all of the flights Defendant schedules. Defendant cherry picks flights to cancel when it does not have sufficient staffing to operate all of the flights it schedules and sells tickets for. Defendant sold Plaintiff air travel for a trip that was to leave Newark, NJ and travel to San Francisco, CA on June 28, 2023. However, Defendant selected to cancel the Flight and use the aircraft and staff to operate another flight and cancel the Flight leaving Plaintiff stranded at Newark airport and unable to travel to San Francisco, CA for at least 60 hours later. Thus, because of Defendant's unfair and deceptive practices, which includes understaffing and selecting less profitable flights to cancel for more profitable flights, Plaintiff was unable to take his trip and sustained damages. Defendant's conduct violates New York General Business Law §349 because Defendant uses deceptive and unfair business practices in its business

Page 4 of 5
**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

4 of 5

operations and solicitation of consumers who reside in New York. The consumers in New York, including Plaintiff, that Defendant engages in unfair business practices are vulnerable because the consumers trust and rely on Defendant to act in good faith and make accommodations for their air travel, which the Defendant frequently violates and takes advantage of the consumers by not making reasonable accommodations and not compensating the consumers for the Defendant's misconduct.

**Other Claims:** Plaintiff reserves the right to bring other claims against the Defendant relating to the facts and circumstances surrounding the claims asserted herein.

**The Relief Sought:** The relief sought is damages in excess of $500,000 plus interest at the statutory rate, plus the recovery of Plaintiff's attorney's fees and costs to bring the instant action.

**Venue:** Plaintiff designates New York County, New York as the place of trial. The basis of this designation is that one or more of the parties conducts business on a regular basis in New York County.

**Demand for Jury Trial:** Plaintiff demands a trial by jury.

**TAKE NOTICE THAT:** Should Defendant fail to appear herein or demand the filing of a complaint, judgement will be entered against the defaulting Defendant(s) by default for the sum of at least $500,000 with interest from May 20, 2025, together with the costs, disbursements, and attorneys' fees in incurred in this action.

Page 5 of 5
**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

5 of 5